UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Robert J. Barr, Jr. | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 14-20028 MDC |

## ORDER GRANTING DEBTOR'S AMENDED MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __11th__ day of __February__ ~~2015~~ 2016 upon consideration of the Amended Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

*/s/ Magdeline D. Coleman*
Hon. Magdeline D. Coleman